**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FRB, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Chesapeake Bay Steel** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4915039** |
| 4. | **Debtor's address** | **Principal place of business**<br>**3468 Westminster Avenue**<br>**Norfolk, VA 23504**<br>Number, Street, City, State & ZIP Code<br>**Norfolk City**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://chesbaysteel.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **FRB, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check* ***all*** *that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of Virginia** | When | **5/11/26** | Case number | **26-71230** |
| District | | When | | Case number | |

Debtor **FRB, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **Foreclosure action with a date of September 8, 2026 @10:20am.**

**Where is the property?** **3460 Strathmore Ave**
**Norfolk, VA, 23504-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency **Maxum Indemnity Company Policy BDG-3157088-01**
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **FRB, LLC** Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2026**
MM / DD / YYYY

*X* **/s/ Regina Sergiyenko**
Signature of authorized representative of debtor

**Regina Sergiyenko**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Christopher M. Winslow**
Signature of attorney for debtor

Date **September 7, 2026**
MM / DD / YYYY

**Christopher M. Winslow 76156**
Printed name

**Winslow, McCurry & MacCormac , PLLC**
Firm name

**1324 Sycamore Square**
**Midlothian, VA 23113**
Number, Street, City, State & ZIP Code

Contact phone **804-423-1382** Email address **chris@wmmlegal.com**

**76156 VA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FRB, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas<br>259 North Radnor-Chester Road<br>Suite 100<br>Wayne, PA 19087 | | Trade debt | | | | $30,433.44 |
| Ally Financial / Ally Bank<br>Attn: Bankruptcy Department<br>PO Box 380902<br>Minneapolis, MN 55438 | | 2022 Chevrolet Silverado 1500 | | $48,109.13 | $0.00 | $48,109.13 |
| Caligari Gerloff Painting<br>2421 Florida Avenue<br>Norfolk, VA 23513 | | Trade debt | | | | $29,819.00 |
| Core Funding<br>CT Corp as Representative<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203 | | MCA | | | | $122,500.00 |
| DIB Capital<br>CT Corp System as Rep<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203 | | MCA | | | | $37,000.00 |
| ECI Software Solutions, Inc.<br>1500 Solana Blvd, Suite 6500<br>Roanoke, TX 76262 | | Trade debt | | | | $52,945.24 |

Debtor **FRB, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Honest Funding<br>15440 Broad Bush Drive<br>Sun City Center, FL 33573** | | **MCA** | | **$128,835.00** | **$0.00** | **$128,835.00** |
| **JWL Steel Designs & Sons, LLC<br>5004 Deer Lake Trl<br>Wake Forest, NC 27587** | | **Trade debt** | | | | **$34,962.50** |
| **New Millenium Building Systems<br>1690 Broadway<br>Bldg. 19 Ste. 160<br>Fort Wayne, IN 46802** | | **Trade debt** | **Disputed** | | | **$86,574.00** |
| **Newtek Bank, National Associat<br>c/o Newtek SBA Lending<br>1981 Marcus Avenue, Suite 130<br>New Hyde Park, NY 11042** | | | | **$1,998,476.50** | **$0.00** | **$1,998,476.50** |
| **Prima Loan<br>CT Corp Sys as Representative<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203** | | **MCA** | | | | **$791,785.14** |
| **Ryco Enterprises<br>CT Corporation System as Repre<br>330 N Brand Blvd<br>Suite 700<br>Glendale, CA 91203** | | **MCA** | | | | **$41,021.33** |
| **Ryder Transportation Services<br>Po Box 402366<br>Atlanta, GA 30384** | | **Trade debt** | | | | **$41,021.33** |
| **South Atlantic Galvanizing<br>11022 Lewistown Rd<br>Ashland, VA 23005** | | **Trade debt** | | | | **$85,680.55** |
| **Star Capital<br>801 Cassatt Road<br>Suite 200<br>Berwyn, PA 19312** | | **Forklift** | | **$31,351.41** | **$0.00** | **$31,351.41** |

Debtor **FRB, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Triple-S Steel**<br>**950 Masonic Lane**<br>**Richmond, VA 23223** | | **Trade debt** | | | | **$55,245.24** |
| **UniFirst Corporation**<br>**68 Jonspin Road**<br>**Wilmington, MA 01887** | | **Trade debt** | **Disputed** | | | **$50,937.41** |
| **Union Funding Group**<br>**1033 Foothill Blvd**<br>**La Canada Flintridge, CA 91011** | | **Merchant Cash Advance final arbitration award 3.27.26** | **Disputed** | | | **$406,170.27** |
| **VectorShades, LLC**<br>**4800 Hampden Lane**<br>**Suite 200**<br>**Bethesda, MD 20814** | | **Trade debt** | | | | **$70,525.00** |
| **Velocity Commercial Capital Lo**<br>**c/o PHH Mortgage Corp**<br>**PO Box 5452**<br>**Mount Laurel, NJ 08054** | | **3460 Strathmore Ave, Norfolk, VA 23504** | | **$1,284,121.37** | **$0.00** | **$1,284,121.37** |

# United States Bankruptcy Court
## Eastern District of Virginia

In re **FRB, LLC** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Regina Sergiyenko**<br>**2412 Edenton Ct**<br>**Virginia Beach, VA 23456** | | | **100 % Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 7, 2026**

Signature ***/s/* Regina Sergiyenko**
**Regina Sergiyenko**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

TransUnion
P.O. Box 2000
Chester, PA 19022

Certegy Check Services, Inc.
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

ChexSystems
Attn: Consumer Relations
7805 Hudson Rd., Suite 100
Saint Paul, MN 55125

Experian
Dispute Department
P.O. Box 4500
Allen, TX 75013

Equifax Information Services
PO Box 740241
Atlanta, GA 30374

TransUnion
P.O. Box 2000
Chester, PA 19022

Weimark Credit Information
PO Box 994
Brick, NJ 08723

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

VIRGINIA DEPARTMENT OF TAXA
P O BOX 2156
RICHMOND, VA 23218-2156

Airgas
259 North Radnor-Chester Road
Suite 100
Wayne, PA 19087

Ally Financial
Po box 380901
Minneapolis, MN 55438

Ally Financial / Ally Bank
Attn: Bankruptcy Department
PO Box 380902
Minneapolis, MN 55438

BCBS of NC
4615 University Drive
Durham, NC 27707

Caligari Gerloff Painting
2421 Florida Avenue
Norfolk, VA 23513

City of Norfolk
PO Box 3215
Norfolk, VA 23514

Core Funding
CT Corp as Representative
330 N Brand Blvd. Suite 700
Glendale, CA 91203

Ct Corporation System as Repre
2433 Knapp St.
Brooklyn, NY 11235

DIB Capital
CT Corp System as Rep
330 N Brand Blvd. Suite 700
Glendale, CA 91203

DS Pipe 7 Steel Supply, LLC
2901 Commerce Rd
Richmond, VA 23234

ECI Software Solutions, Inc.
1500 Solana Blvd, Suite 6500
Roanoke, TX 76262

HallerColvin PC
444 East Main St.
Fort Wayne, IN 46802

Herc Rentals
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

Honest Funding
15440 Broad Bush Drive
Sun City Center, FL 33573

JWL Steel Designs & Sons, LLC
5004 Deer Lake Trl
Wake Forest, NC 27587

McNichols Company
2502 N. Rocky Point Drive
Ste. 750
Tampa, FL 33607

Neighbor Cash Loan
Ct Corp System as Representati
330 N Brand Blvd. Ste 70
Glendale, CA 91203

Nelson Stud Welding
2907 Semmes Ave.
Richmond, VA 23225

New Millenium Building Systems
1690 Broadway
Bldg. 19 Ste. 160
Fort Wayne, IN 46802

Newtek Bank, National Associat
c/o Newtek SBA Lending
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042

Prima Loan
CT Corp Sys as Representative
330 N Brand Blvd. Suite 700
Glendale, CA 91203

Prodraft, Inc.
516 Innovation Dr.
Ste. 303
Chesapeake, VA 23320

River Capital Partners LLC
36 Airport Rd
Suite 204
Lakewood, NJ 08701

Ryco Enterprises
CT Corporation System as Repre
330 N Brand Blvd Suite 700
Glendale, CA 91203

Ryder Transportation Services
Po Box 402366
Atlanta, GA 30384

Selective Insurance
40 Wantage Avenue
Branchville, NJ 07890

Sheffield Financial
PO Box 1704
Clemmons, NC 27012-1704

Sheffield Financial
Attn: Truist Bank
PO Box 1847
Wilson, NC 27894

South Atlantic Galvanizing
11022 Lewistown Rd
Ashland, VA 23005

Star Capital
801 Cassatt Road
Suite 200
Berwyn, PA 19312

The Marston Agency
P.O. Box 29940
Richmond, VA 23242

Trinity Steel Erection Inc.
1349 Pine Creek Ridge Dr.
Powhatan, VA 23139

Triple-S Steel
950 Masonic Lane
Richmond, VA 23223

UniFirst Corporation
68 Jonspin Road
Wilmington, MA 01887

Union Funding Group
1033 Foothill Blvd
La Canada Flintridge, CA 91011

United Rentals
100 First Stamford Place
Ste. 700
Stamford, CT 06902

VectorShades, LLC
4800 Hampden Lane
Suite 200
Bethesda, MD 20814

Velocity Commercial Capital Lo
c/o PHH Mortgage Corp
PO Box 5452
Mount Laurel, NJ 08054

VSTATE Filings as the Represen
301 Mill Road
Suite U-5
Hewlett, NY 11557

# United States Bankruptcy Court
## Eastern District of Virginia

In re **FRB, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FRB, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2026**
Date

**/s/ Christopher M. Winslow**
**Christopher M. Winslow 76156**
Signature of Attorney or Litigant
Counsel for **FRB, LLC**

**Winslow, McCurry & MacCormac , PLLC**
**1324 Sycamore Square**
**Midlothian, VA 23113**
**804-423-1382 Fax:804-423-1383**
**chris@wmmlegal.com**

**United States Bankruptcy Court**
**Eastern District of Virginia**

| | | | |
|---|---|---|---|
| In re | **FRB, LLC** | Case No. | |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Regina Sergiyenko**, declare under penalty of perjury that I am the **President** of **FRB, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **7** day of **September**, 2026__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Regina Sergiyenko**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Regina Sergiyenko**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Regina Sergiyenko**, **President** of this Corporation is authorized and directed to employ **Christopher M. Winslow 76156**, attorney and the law firm of **Winslow, McCurry & MacCormac , PLLC** to represent the corporation in such bankruptcy case."

Date 9/7/2026

Signed /s/ Regina Sergiyenko
**Regina Sergiyenko**

# Resolution of Board of Directors
of
**FRB, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Regina Sergiyenko**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Regina Sergiyenko**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Regina Sergiyenko**, **President** of this Corporation is authorized and directed to employ **Christopher M. Winslow 76156**, attorney and the law firm of **Winslow, McCurry & MacCormac , PLLC** to represent the corporation in such bankruptcy case.

Date 9/7/2026 Signed ***/s/* Regina Sergiyenko**

Date ____________ Signed ____________